**FILED**
FEB 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. '08 MJ 8155 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 8, U.S.C., Section 1326 |
| Manuel Alberto ALFERES, ) | Attempted Entry After Deportation |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about February 19, 2008, within the Southern District of California, defendant Manuel Alberto ALFERES, an alien, who previously had been excluded, deported, and removed from the United States to Mexico was apprehended in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 21th DAY OF FEBRUARY 2008.

_____
PETER C. LEWIS
United States Magistrate Judge

Page 1

UNITED STATES OF AMERICA
v.
Manuel Alberto ALFERES

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent Valente Huerta, that the Defendant was arrested on February 19, 2008 in Calexico, California.

Agent Huerta was performing his assigned Border Patrol duties approximately 1/2 mile west of the Calexico, California west Port of Entry. The Remote Video Surveillance Systems (RVSS) operator observed an individual, later identified as Manuel Alberto ALFERES climb over the U.S./Mexico International Border Fence. The RVSS notified Agent Huerta that the individual ran north into the RTX Truck Lot. Agent Huerta responded to the area and was guided by the RVSS operator to the location of ALFERES.

Manuel Alberto ALFERES was arrested and transported to the Calexico Border Patrol Station for further processing.

Record checks revealed that an Immigration Judge ordered ALFERES deported to Mexico from the United States on February 6, 1987.

There is no evidence ALFERES has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.